On motion to reproduce duplicate photograph. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

On motion to stop appeals filed *pro se* and on motion to carry out execution filed *pro se*. Motions denied.

94–118. State ex rel. Clark v. Indus. Comm. *Franklin County*, No. 92AP–826. Reported at 72 Ohio St.3d 377, 650 N.E.2d 451. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

94–314. Hernandez v. Martin Chevrolet, Inc. *Trumbull County*, No. 92–T–4739. Reported at 72 Ohio St.3d 302, 649 N.E.2d 1215. On motion for reconsideration. Motion denied.

94–428. Sharp v. Norfolk & W. Ry. Co. *Erie County*, No. E–92–17. Reported at 72 Ohio St.3d 307, 649 N.E.2d 1219. On motion for reconsideration and/or motion to clarify. Motion to clarify granted; "the amount of $1,500,000" found in the first full paragraph of 72 Ohio St.3d at 308, 649 N.E.2d at 1220, is changed to "the amount of $1,003,959.80."

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

94–788. Kern v. Tracy. Board of Tax Appeals, No. 91–J–340. Reported at 72 Ohio St.3d 347, 650 N.E.2d 428. On motion for reconsideration. Motion denied.

94–789. Health Ent. of Am., Inc. v. Tracy. Board of Tax Appeals, No. 91–J–339. Reported at 72 Ohio St.3d 347, 650 N.E.2d 428. On motion for reconsideration. Motion denied.

95–477. Duckworth v. Lutheran Med. Ctr. *Cuyahoga County*, Nos. 65738 and 65995. Reported at 72 Ohio St.3d 1540, 650 N.E.2d 480. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

95–482. State v. Finfrock. *Montgomery County*, No. 15007. Reported at 72 Ohio St.3d 1540, 650 N.E.2d 480. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

95–530. State v. Franklin. *Hamilton County*, No. C–930760. Reported at 72 Ohio St.3d 1538, 650 N.E.2d 479. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

95–558. State v. McAdams. *Hamilton County*, No. C–930715. Reported at 72 Ohio St.3d 1539, 650 N.E.2d 479. On motion for reconsideration. Motion denied.

95–572. Grafton v. Ohio Edison Co. *Lorain County*, No. 94CA005877. Reported at 72 Ohio St.3d 1539, 650 N.E.2d 479. On motion for reconsideration. Motion granted and discretionary appeal allowed.

RESNICK and PFEIFER, JJ., dissent.

COOK, J., not participating.

95–590. State v. Miller. *Wood County*, No. WD9447. Reported at 72 Ohio St.3d 1547, 650 N.E.2d 1367. On motion for reconsideration. Motion denied.

95–681. Union Twp. v. Butler Cty. Budget Comm. *Franklin County*, No. 94APH07–968. Reported at 72 Ohio St.3d 1551, 650 N.E.2d 1370. On amended motion for reconsideration. Motion denied.

## DISCIPLINARY DOCKET

95–838. Cincinnati Bar Assn. v. Schwartz. On motion to strike answer brief of relator. Motion denied.

PFEIFER, J., would also permit the filing of a reply brief.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

95–1264. Cincinnati Bar Assn. v. Komarek. On motion for order to show cause. Motion granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., would also caution that respondent may be suspended from the practice of law should he be found in contempt.